UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, et al.          ) | |
| ) | |
| Plaintiffs,          ) | |
| ) | |
| v.          ) | No. 1:21-cv-00081-SEB-MJD |
| ) | |
| ALEX M. AZAR, II in his official capacity as          ) | |
| Secretary of Health & Human Services, et al.          ) | |
| ) | |
| Defendants.          ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for May 27, 2021**

On this date, Plaintiffs appeared by counsel, John O'Quinn and Brian Paul. Defendants appeared by Kate Talmor for a hearing on Plaintiffs' Motion for Temporary Restraining Order [Dkt. 94]. Court Reporter, Laura Howie-Walters, reported the proceedings.

- Plaintiffs' counsel presented his oral arguments.

- Defendants' counsel presented her oral arguments.

- The Court granted Defendants' Unopposed Motion for An Extension of Time to File and to Combine Briefing [Dkt. 101] in open court.

- The Court denies Plaintiffs' Motion for Temporary Restraining Order but extends the deadline for Plaintiffs' to respond to the May 17, 2021 letter until June 10, 2021.

- Court is adjourned.

Distribution:

AMERICA'S ESSENTIAL HOSPITALS

Nicholas Blake Alford
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
Nicholas.Alford@faegredrinker.com

Ronald S. Connelly
POWERS PYLES SUTTER & VERVILLE, P.C.
ron.connelly@powerslaw.com

Kathryn Elias Cordell
KATZ  KORIN CUNNINGHAM, P.C.
kcordell@kkclegal.com

Andrew A. Kassof
KIRKLAND & ELLIS LLP - Chicago
akassof@kirkland.com

Alice McKenzie Morical
HOOVER HULL TURNER LLP
amorical@hooverhullturner.com

John C. O'Quinn
KIRKLAND & ELLIS LLP
john.oquinn@kirkland.com

Matthew S. Owen
KIRKLAND & ELLIS LLP
matt.owen@kirkland.com

Brian J. Paul
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
brian.paul@faegredrinker.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Matthew D. Rowen
KIRKLAND & ELLIS LLP
matthew.rowen@kirkland.com

Kate Talmor
U.S. DEPARTMENT OF JUSTICE (Washington DC)

kate.talmor@usdoj.gov

Christopher D. Wagner
HOOVER HULL TURNER LLP
cwagner@hooverhullturner.com

Diana M. Watral
KIRKLAND & ELLIS LLP - Chicago
diana.watral@kirkland.com