IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, and LILLY USA, LLC<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | No. 1:21-cv-81-SEB-MJD |

**ORDER**

Upon consideration of Defendants' Motion for an Extension of Time to File and to Combine Briefing, the Court hereby GRANTS Defendants' motion. Defendants shall file their combined reply in support of their motion to dismiss or, in the alternative, for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment on or by June 4, 2021, which may be combined in a single brief with Defendants' opposition to Plaintiffs' motion for a preliminary injunction.

SO ORDERED.

Dated: 5/27/2021

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

*Order served on all counsel of record via ECF*