IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| ELI LILLY AND COMPANY, and LILLY USA, LLC<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | No. 1:21-cv-81-SEB-MJD |

**PROPOSED ORDER**

Upon consideration of the parties' Joint Motion to Amend Schedule for Further Proceedings and Change Preliminary-Injunction Hearing Date, the Court hereby GRANTS the parties' motion and enters the following schedule:

- Defendant HRSA will produce the administrative record supporting its May 17, 2021 violation letter on **June 11, 2021**

- Defendants will file a combined brief opposing Plaintiffs' Motion for Preliminary Injunction, moving for summary judgment on Plaintiffs' new allegations challenging HRSA's May 17, 2021 letter, opposing Plaintiffs' pending Motion for Summary Judgment, and replying in support of Defendants' opening brief, on **June 23, 2021**

- Plaintiffs will file a combined brief replying in support of their Motion for Preliminary Injunction, moving for summary judgment on their new allegations challenging HRSA's May 17, 2021 letter, and replying in support of their Motion for Summary Judgment, on **July 12, 2021**

- The Court will hold a hearing on Plaintiffs' Motion for Preliminary Injunction on _____.

- The parties' remaining briefs shall not exceed 60 pages.

- The initial pretrial conference scheduled for June 21, 2021, and the related deadlines

included in the May 28, 2021 pretrial scheduling order, ECF No. 105, are vacated.

SO ORDERED.

Dated: _____                    Signed:_____
                                                                               The Honorable Sarah Evans Barker

*Order served on all counsel of record via ECF*