IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, and LILLY USA, LLC<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | No. 1:21-cv-81-SEB-MJD |

**DEFENDANTS' MOTION TO MANUALLY FILE THE ADMINISTRATIVE RECORD**

On June 3, 2021, the Court ordered Defendants to produce the administrative record for the Health Resources and Services Administration's ("HRSA") May 17, 2021 letter on or before June 11, 2021. ECF No. 110. The administrative record comprises approximately 8,127 pages of material, requiring approximately 1368 megabytes of electronic storage. Defendants understand that the CM/ECF system accepts files of up to 35 megabytes. Electronically filing the administrative record would therefore require dividing the record into approximately 39 separate files and uploading each file individually, which would be a highly burdensome task. Accordingly, Defendants respectfully request leave to file the administrative record manually rather than filing it electronically through the CM/ECF system.

If granted leave to file the administrative record manually, Defendants will provide an electronic copy of the administrative record on physical storage media in the form of a DVD-ROM or a USB drive to the Clerk's Office to maintain for public access, and with this motion are electronically filing through CM/ECF the index to the administrative record and the certification of the administrative record. If the Court prefers, Defendants can also provide a courtesy electronic copy

of the administrative record to chambers or file through CM/ECF a Joint Appendix containing the portions of the administrative record cited by the parties at the close of briefing on Defendants' forthcoming motion for summary judgment. The relief requested will not affect Plaintiffs' access to the administrative record, as Defendants have already provided Plaintiffs' counsel with access to an electronic copy of the administrative record through a file-sharing system.

Defendants appreciate the Court's consideration and respectfully request entry of the attached proposed order.[1]

Dated: June 11, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

 /s/ Kate Talmor
KATE TALMOR
RACHAEL WESTMORELAND
JODY D. LOWENSTEIN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-5267
kate.talmor@usdoj.gov
*Attorneys for Defendants*

---

[1] Defendants have not had the opportunity to confer with Plaintiffs' counsel due to the unexpected need for the relief requested.