# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, and LILLY USA, LLC<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | No. 1:21-cv-81-SEB-MJD |

## PROPOSED ORDER

Upon consideration of Defendants' Motion to Manually File the Administrative Record, the Court hereby GRANTS Defendants' motion.

Defendants have filed on the docket the index to the administrative record and certification of the administrative record, and may file that same administrative record manually by providing it to the Clerk's Office in electronic form.

SO ORDERED.

Dated: _____          Signed:_____
                                The Honorable Sarah Evans Barker

*Order served on all counsel of record via ECF*