I.  **340B Violation Letters**

HRSA Letter to Astra Zeneca Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (May 17, 2021) ..................................................................................................1

HRSA Letter to Lilly USA, LLC Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (May 17, 2021) ..................................................................................................3

HRSA Letter to Novartis Pharmaceuticals Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (May 17, 2021) ........................................................................................5

HRSA Letter to Novo Nordisk Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (May 17, 2021) ..................................................................................................7

HRSA Letter to Sanofi Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (May 17, 2021) ..................................................................................................9

HRSA Letter to United Therapeutics Regarding Sales to Covered Entities through Contract Pharmacy Arrangements (May 17, 2021) ................................................................................................11

II. **Statutes, Regulations, and Related Content**

42 U.S.C. § 256b ..................................................................................................................13

H.R. Rept. No. 102–384(II) (Sept. 22, 1992) ......................................................................23

HHS, General Instructions for Completing the Pharmaceutical Pricing Agreement and Pharmaceutical Pricing Agreement ....................................................................................48

HHS, General Instructions for Completing the Pharmaceutical Pricing Agreement – Addendum and Pharmaceutical Pricing Agreement Addendum ........................................58

HRSA, Final Rule, 340B Drug Pricing Program Ceiling Price and Manufacturer Civil Monetary Penalties Regulation (Jan. 5, 2017) ..........................................................60

III. **Notices, Guidance, and Proposed Guidance**

PHS, *Final Notice Regarding Section 602 of the Veterans Health Care Act of 1992 Entity Guidelines* (May 13, 1994) ........................................................................................81

PHS, *Notice Regarding Section 602 of the Veterans Health Care Act of 1992 Contract Pharmacy Services* (Nov. 1, 1995) ......................................................................86

HRSA, *Notice Regarding Section 602 of the Veterans Health Care Act of 1992; Contract Pharmacy Services* (Aug. 23, 1996) ....................................................................88

HRSA, *Notice Regarding 340B Drug Pricing Program—Contract*

*Pharmacy Services* (Jan. 12, 2007) ........................................................................................................................96

HRSA, *Notice Regarding 340B Drug Pricing Program—Contract Pharmacy Services* (Mar. 5, 2010) ..................................................................................................................100

HRSA, *Clarification of Non-Discrimination Policy* (May 23, 2012) ....................................................108

IV.  **Covered Entity Complaints Regarding Unavailability of 340B Pricing and Supporting Documentation**

Covered Entity Complaints Regarding Unavailability of 340B Pricing and Supporting Documentation ..............................................................................................................................................110

26 Health
Adelante Healthcare
Adventist Glen Oaks Hosp
AIDS Response Effort
AIDS support Group of Cape Cod
Alcona Health Center
Alice Hyde Med Center
Alliance for Living
Alliance of AIDS services
Amita Health
APNH
Ascension Health System
Ascension Via Christi
Aspire Health Center
Avera Health
Baptist Health
Baylor Scott & White
Beverly Hospital
BIDMC
Big Bend Cares
Blue Ridge Comm Health
Blue Ridge Med Center
Brazos County Health
Carolina Family Health Center
Carolina Health Centers
Central FL Health Center
Chase Brexton Health Care
CHC of Central Coast
CHC of Greater Dayton
Cherry Street Services
CHI Franciscan
Chota Comm Health
Christ Comm Health Services
Clackamas
Clinicas de Salud del Pueblo

Community Care TX
Community Health Care
Compass Health Care
Conway Med Center
Cook Children's Med Center
Crew Health
Dartmouth Hitchcock
Dubois Regional Med Center
East Valley CH C
ECHO Community Healthcare
El Rio Santa Cruz
Erie Family Health Centers
Excelth
Family Med Center Michigan
Family Medicine Health Center
Five Horizons
Fredericksburg Area
GA Carmichael
Genesis Healthcare
Gerald Champion Reg. MC
Harrisonburg Community Health Care
Health Point Family Care
Health Source of OH
Health West
HealthLinc
HealthNet Community Health
Hendrick Medical
Hendry Regional Med Center
Horizon Health Care
Hudson River Healthcare
Hudson Valley Community Services
Iowa Methodist
Johnson County Hospital
Kearney County Health Services
Kent County Memorial Hosp
Keystone Health
KIND clinic
Koerner Whipple Pharmacy
Lakeland Immediate
Lancaster Heath Center
Life Changers Intervention
Little Rivers Healthcare
Long Island Jewish
Lowcountry AIDS Services
Loyola University Med Center
Maine Health
Massac Memorial Hosp
Matthew 25 AIDS Service

3

MedStar Health System
Memorial Healthcare System
Mendocino Health Center
Meriter Health Services
Metro Health
MHC Health Care
MHEDS
Morehouse Community MC
MQVN Community
Nebraska Medical Center
Neighborhood Health Center
New Hanover Regional MC
NO AIDS task force
North Country
North Olympic Healthcare
Northwest Health Services
Northwest Human Services
Oakhurst Med Center
Oaklawn Hospital
Open Doors Community Health
Pascua Yaqui Health Services
Peace Health
Peninsula Institute for Community
Penobscot Community Health
Piedmont Care
Porter Hospital
Primary Health Network
RAIN
RAO Community
Regional Health Care Affiliates
Rhode Island Hospital
S. Central MO CHC
Salina Health Edu. Foundation
Sanford Health
Santa Barbara County Health
Shenandoah Community Health
St. Alphonsus
St. Anthony Regional Hospital
St. Charles Health
St. Luke's Methodist
St. Luke's Regional
Sunset Health Clinic
Tandem Health
Thundermist
Trinity Regional Med Center
Truman Medical Center
Tufts Medical Center
U Mass Memorial

UC Davis
UCLA
UCSD
UCSF
Umpqua Community Health
Unity Point Health
University of Kentucky
University of Utah
University of Vermont
Upper Great Lakes Family Health Care
Upper Savannah Care Services
URMC Rochester System
Valley Community Health
Valley Professionals CHC
Valleywise Health
Victoria County Public Health
Welia Health
Windrose Health Network
WomanCare DBA FamilyCare
WVU Hospital System
Yakima Valley Memorial
YVFWC

## V. Administrative Dispute Resolution Petitions and Supporting Documentation

Administrative Dispute Resolution Petition and Supporting Documentation from Open Door Community Health Centers (Jan. 13, 2021) ............................................................................................................ 6807

Administrative Dispute Resolution Petition and Supporting Documentation from National Association of Community Health Centers (Jan. 13, 2021) ......................................................................... 6907

Administrative Dispute Resolution Petition and Supporting Documentation from Little Rivers Health Care, Inc. (Feb. 4, 2021) ............................................................................................................... 7376

Administrative Dispute Resolution Petition and Supporting Documentation from Womencare, Inc. (Feb. 12, 2021) .................................................................................................................................................. 7468

## VI. Correspondence

Letter from Derek L. Asay (Lilly USA) to RADM Krista M. Pedley (May 18, 2020) ......................... 7576

Letter from RADM Krista M. Pedley to Derek L. Asay (June 11, 2020) ................................................ 7589

Email from Derek L. Asay to RADM Krista M. Pedley (June 16, 2020) ................................................ 7591

Email from Derek L. Asay to RADM Krista M. Pedley, and attached Limited Distribution Plan Notice for Cialis (June 26, 2020) ................................................................................... 7594

Letter from The 340B Coalition to Hon. Alex M. Azar (July 16, 2020) .................................................. 7600

Email and letter from AstraZeneca to RADM Krista M. Pedley (July 24, 2020) ................................. 7606

Email and letter from Sanofi to Michelle Herzog (July 28, 2020) ........................................................ 7617

Letter from Thomas P. Nickels (American Hospital Association) to
Hon. Alex M. Azar II (July 30, 2020) ..................................................................................................... 7619

Letter from Steven C. Anderson (National Association of Chain Drug Stores)
to Hon. Alex M. Azar II and Thomas Engels (Aug. 19, 2020) ............................................................... 7621

Letter from Derek L. Asay to RADM Krista M. Pedley (Aug. 19, 2020) ............................................... 7624

Letter from RADM Krista M. Pedley to Derek L. Asay (Aug. 26, 2020) ............................................... 7627

Letter from 340B Health et al. to Hon. Alex Azar (Aug. 26. 2020) ....................................................... 7629

Letter from Derek L. Asay to RADM Krista M. Pedley (Aug. 27, 2020) ............................................... 7632

Letter from Robert Whitler (Partners in Health Network)
to Hon. Alex M. Azar (Aug. 27, 2020) .................................................................................................... 7634

Letter from Bruce Siegel (America's Essential Hospitals)
to Hon. Alex M. Azar (Aug. 28, 2020) .................................................................................................... 7637

Letter from Lorrie Carr (Avita Pharmacy) to Thomas Engels (Aug. 31, 2020) .................................... 7640

Letter from Pat Schou (Illinois Critical Access Hospital Network) to
Hon. Alex M. Azar (Aug. 31, 2020) ......................................................................................................... 7645

Letter from Patti Davis (Oklahoma Hospital Association)
to Hon. Alex M. Azar (Aug. 31, 2020) .................................................................................................... 7649

Email from Brian McCartney (AstraZeneca) to RADM Krista M. Pedley, and attached Notice to
Covered Entities Regarding 340B Pricing Eligibility (Aug. 2020) ........................................................ 7651

Letter from Maureen Milligan (Teaching Hospitals of Texas)
to Hon. Alex M. Azar (Sept. 1, 2020) ...................................................................................................... 7655

Letter from Maureen Testoni (340B Health) to Hon. Eric Hargan (Sept. 2, 2020) .............................. 7657

Letter from RADM Krista M. Pedley to Christie Bloomquist (Sept. 2, 2020) ...................................... 7658

Letter from Rep. Frank Pallone et al. to Hon. Alex M. Azar II (Sept. 3, 2020) ..................................... 7660

Letter from Herb Kuhn and Joe Pierle (Missouri Hospital Association and Missouri Primary Care
Association) to Thomas Engels (Sept. 4, 2020) ..................................................................................... 7663

Letter from Richard J. Pollack (American Hospital Association)
to Hon. Alex M. Azar II (Sept. 8, 2020) ................................................................................... 7665

Email from Jordan Keville (Davis, Wright, Tremaine, LLP) to
RADM Krista M. Pedley (Sept. 8, 2020) .................................................................................. 7667

Letter from Shannon Stephenson (Ryan White Clinics for 340B Access)
to Hon. Alex M. Azar II (Sept. 11, 2020) ................................................................................. 7670

Letter from Rep. David B. McKinley et al. to Hon. Alex M. Azar II (Sept. 14, 2020) ....................... 7675

AstraZeneca, Notice Re: 340B Contract Pharmacy Pricing (Sept. 14, 2020) ........................................ 7688

Letter from Tim Blasi (North Dakota Hospital Association) to
Hon. Alex M. Azar (Sept. 14, 2020) ........................................................................................ 7691

Letter from Paul Kidwell (Connecticut Hospital Association) to
Hon. Alex M. Azar (Sept. 15, 2020) ........................................................................................ 7693

Email and letter from AstraZeneca to RADM Krista M. Pedley (Sept. 15, 2020) ............................. 7695

Letter from Sen. Tammy Baldwin et al. to Hon. Alex M. Azar (Sept. 17, 2020) ................................ 7701

Letter from Cassie Sauer and Jacqueline Barton True (Washington State Hospital Association) to
Hon. Alex M. Azar (September 18, 2020) ............................................................................... 7704

Email from Ladd Wiley (NACDS) to RADM Krista Pedley (Sept. 21, 2020) .................................... 7705

Letter from B. Douglas Hoey (National Community Pharmacists Assoc.) to Hon. Alex M. Azar and
RADM Krista M. Pedley (Sept. 29, 2020) ............................................................................... 7706

Letter from Joe Letnaunchyn and Sherri Ferrell (West Virginia Hospital Association and West
Virginia Primary Care Association) to Thomas Engels (October 7, 2020) .............................. 7708

Letter from Richard J. Pollack to Hon. Alex M. Azar II (Oct. 16, 2020) ........................................... 7710

Email and attached letter from America's Essential Hospitals to
RADM Krista Pedley (October 26, 2020) ............................................................................... 7713

Letter from Action Wellness et al. to Hon. Alex M. Azar II (Oct. 30, 2020) ..................................... 7717

Letter from Krista M. Pedley to Sherri Ferrell
(West Virginia Primary Care Association) (Nov. 3, 2020) ...................................................... 7720

Letter from Krista M. Pedley to Joe Letnaunchyn
(West Virginia Hospital Association (Nov. 3, 2020) ................................................................ 7722

Email and letter from AstraZeneca to RADM Krista M. Pedley (Nov. 4, 2020) ................................. 7724

Email and letter from Lynn Robson (United Therapeutics Corporation) to
RADM Krista M. Pedley (Nov. 13, 2020) ................................................................................................ 7730

Email and letter from Dan Lopuch (Novartis) to RADM Krista M. Pedley (Nov. 13, 2020) ........... 7740

Email from Amanda Forys (United Therapeutics) to HRSA (Nov. 16, 2020) ..................................... 7752

Email and letter from Farruq Jafery (Novo Nordisk) to RADM Krista M. Pedley, and attached
Notice Regarding Limitation on Hospital Contract Pharmacy Distribution (Dec. 1, 2020) ............ 7754

Letter from RADM Krista M. Pedley to Patti Davis
(Oklahoma Hospital Association) (Dec. 9, 2020) ................................................................................... 7759

Letter from RADM Krista M. Pedley to Maureen Milligan
(Teaching Hospitals of Texas) (Dec. 9, 2020) .......................................................................................... 7763

Letter from RADM Krista M. Pedley to Paul Kidwell
(Connecticut Hospital Association (Dec. 9, 2020) ................................................................................. 7767

Letter from RADM Krista M. Pedley to Jacqueline Barton True
(Washington State Hospital Assoc.) (Dec. 9, 2020) ............................................................................... 7771

Letter from RADM Krista M. Pedley to Tim Blasi
(North Dakota Hospital Assoc.) (Dec. 9, 2020) ...................................................................................... 7775

Letter from RADM Krista M. Pedley to Cassie Sauer
(Washington State Hospital Association) (Dec. 9, 2020) ..................................................................... 7779

Letter from RADM Krista M. Pedley to Pat Schou
(Illinois Critical Access Hospital Network) (Dec. 9, 2020) ................................................................... 7783

Letter from RADM Krista M. Pedley to Bruce Siegel
(America's Essential Hospitals) (Dec. 9, 2020) ....................................................................................... 7787

Letter from RADM Krista M. Pedley to Kate Ilahi (340B Health) (Dec. 9, 2020) .............................. 7791

Letter from RADM Krista M. Pedley to Maureen Testoni (340B Health) (Dec. 9, 2020) ................. 7795

Letter from RADM Krista M. Pedley to Greg Doggett (340B Health) (Dec. 9, 2020) ....................... 7799

Letter from RADM Krista M. Pedley to Shannon Stephenson
(Ryan White Clinics for 340B Access) (Dec. 9, 2020) ........................................................................... 7803

Email from Molly Collins (American Health Association) to
RADM Krista M. Pedley, and attached press release (Dec. 12, 2020) ................................................. 7807

Letter from Hon. Xavier Becerra et al. to
Hon. Alex M. Azar and Thomas Engels (Dec. 14, 2020) ............................................................... 7815

Letter from RADM Krista M. Pedley to Robert Whitler
(Partners in Health Network) (Dec. 17, 2020) ............................................................................. 7826

Letter from RADM Krista M. Pedley to Herb Kuhn
(Missouri Hospital Assoc.) (Dec. 17, 2020) ................................................................................. 7830

Letter from RADM Krista M. Pedley to Joe Pierle
(Missouri Primary Care Assoc.) (Dec. 17, 2020) ......................................................................... 7834

Letter from RADM Krista M. Pedley to Steven Anderson
(National Assoc. of Chain Drug Stores) (Dec. 17, 2020) ............................................................. 7838

Letter from RADM Krista M. Pedley to B. Douglas Hoey (National Community Pharmacists
Assoc.) (Dec. 17, 2020) ................................................................................................................ 7842

Letter from RADM Krista M. Pedley to
Ron Pollack (American Hospital Assoc.) (Dec. 17, 2020) ........................................................... 7846

Letter from Steven C. Anderson (National Assoc. of Chain Drug Stores) to
Hon. Alex Azar (Jan. 7, 2021) ...................................................................................................... 7850

Letter from Lawrence E. Lewis (Pioneers Memorial Healthcare District) to
Hon. Xavier Becerra (Feb. 10, 2021) ........................................................................................... 7852

Letter from Eugene Welch (South Cove Community Health Center) to
Hon. Xavier Becerra (Feb. 11, 2021) ........................................................................................... 7855

Letter from James Eubanks (Healthcare Partners of South Carolina) to
Hon. Xavier Becerra (Feb. 23, 2021) ........................................................................................... 7858

Letter from Hon. Abigail Spanberger et al. to Hon. Norris Cochran (Feb. 26, 2021) .................. 7860

Letter from W. Ron Allen (Jamestown S'Klallam Tribe) to Diana Espinosa (March 29, 2021) ...... 7869

Letter from Russell L. Funk (Banner Pharmacy Services) to
Hon. Xavier Becerra (April 15, 2021) .......................................................................................... 7871

Letter from Aultman Health Foundation et al. to
Hon. Xavier Becerra (April 19, 2021) .......................................................................................... 7875

Letter from American Hospital Association et al. to
Hon Xavier Becerra (April 20, 2021) ........................................................................................... 7879

Letter from Alan Morgan (National Rural Health Association) to
Hon. Xavier Becerra (May 14, 2021) ........................................................................................... 7882

### VII. Meeting Notes and Materials

Agenda, HRSA and National Assoc. of Chain Drug Stores Meeting (Oct. 2, 2020) .......................... 7884

Meeting Participant List, HRSA and National Assoc. of
Chain Drug Stores Meeting (Oct. 2, 2020) ................................................................................... 7885

Notes, HRSA and National Assoc. of Chain Drug Stores Meeting (Oct. 2, 2020) ............................ 7887

Agenda, Avita Pharmacy/Ballard Partners (Oct. 1, 2020) ................................................................ 7889

Notes, Avita Pharmacy/Ballard Partners (Oct. 1, 2020) ................................................................... 7890

Agenda, Rapid Listening Session for Tribal Leaders on the 340B Program (Oct. 7, 2020) .............. 7893

Notes, Rapid Listening Session for Tribal Leaders on the 340B Program (Oct. 7, 2020) ................. 7894

Remarks from Diana Espinosa to
HHS Secretary's Tribal Advisory Committee (Feb. 24-25, 2021) ................................................ 7899

Meeting Materials for 340B Health Meeting (April 28, 2021) .......................................................... 7911

Notes, 340B Health Meeting (April 28, 2021) ................................................................................. 7923

Remarks from Diana Espinosa to HHS Secretary's Tribal Advisory Committee (May 5, 2021) .... 7925

### VIII. Reports and Miscellaneous Content

340B Contract Pharmacy Impact Analysis (March 2, 2021) ............................................................. 7935

340B Health Survey Report 2020 (March 23, 2021) ........................................................................ 7957

HHS-OIG, *Contract Pharmacy Arrangements in the 340B Program* (Feb. 4, 2014) ........................ 7964

HHS-OIG, *Medicare Part D Rebates for Prescriptions Filled at
340B Contract Pharmacies* (July 2019) ....................................................................................... 7982

GAO, *340B Drug Discount Program Increased Oversight Needed to Ensure
Nongovernmental Hospitals Meet Eligibility Requirements* (Dec. 2019) ..................................... 8000

*White Paper: Urgent Action Needed to Restore Tribal 340B Access* (March 2021) ........................ 8043

HHS, Advisory Opinion 20-06 on Contract Pharmacies
under the 340B Program (Dec. 30, 2020) ................................................................................... 8048

Lilly MTD-MSJ HHS Filing Document (April 19, 2021) ................................................................ 8056