UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:21-cv-00081-SEB-MJD |
| ) | |
| XAVIER BECERRA *in his official capacity as* ) | |
| *Secretary of Health & Human Services, et al.* ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for July 30, 2021**

On this date, Plaintiffs appeared by counsel, John C. O'Quinn, Matthew S. Owen, Andrea Butler, Andrea Roberts Pierson and Brian Paul and client representatives, Anat Hakim and Michael Hulka.  Defendants appeared by Kate Talmor and Jody Lowenstein for a hearing on Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment [Dkt. 87], Plaintiffs' Cross-Motion for Summary Judgment [Dkt. 89], and Plaintiffs' Motion for Preliminary Injunction and a Temporary Restraining Order [Dkt. 94]. Court Reporter, Laura Howie-Walters, reported the proceedings.

- Defendants' counsel moved to for the admission of co-counsel, Jody Lowenstein.  The Court granted same.

- Defendants' counsel presented their oral arguments.

- Plaintiffs' counsel presented their oral arguments.

- The Court takes the motions under advisement.

- Court is adjourned.

Distribution:

AMERICA'S ESSENTIAL HOSPITALS

Nicholas Blake Alford
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
Nicholas.Alford@faegredrinker.com

Joseph Neal Bowling
LEWIS WAGNER, LLP
nbowling@lewiswagner.com

Andrea Butler
KIRKLAND & ELLIS LLP
andrea.butler@kirkland.com

Ronald S. Connelly
POWERS PYLES SUTTER & VERVILLE, P.C.
ron.connelly@powerslaw.com

Kathryn Elias Cordell
KATZ  KORIN CUNNINGHAM, P.C.
kcordell@kkclegal.com

Dina M. Cox
LEWIS WAGNER, LLP
dcox@lewiswagner.com

Margaret M. Dotzel
ZUCKERMAN SPAEDER LLP
mdotzel@zuckerman.com

Matthew Sidney Freedus
FELDESMAN TUCKER LEIFER FIDELL LLP
mfreedus@ftlf.com

Rosie Dawn Griffin
FELDESMAN TUCKER LEIFER FIDELL LLP
rgriffin@ftlf.com

Casey Trombley-Shapir Jonas
ZUCKERMAN SPAEDER LLP
cjonas@zuckerman.com


Andrew A. Kassof

KIRKLAND & ELLIS LLP - Chicago
akassof@kirkland.com

Alice McKenzie Morical
HOOVER HULL TURNER LLP
amorical@hooverhullturner.com

John C. O'Quinn
KIRKLAND & ELLIS LLP
john.oquinn@kirkland.com

Matthew S. Owen
KIRKLAND & ELLIS LLP
matt.owen@kirkland.com

Brian J. Paul
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
brian.paul@faegredrinker.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Matthew D. Rowen
KIRKLAND & ELLIS LLP
matthew.rowen@kirkland.com

William B. Schultz
ZUCKERMAN SPAEDER LLP
wschultz@zuckerman.com

Kate Talmor
U.S. DEPARTMENT OF JUSTICE (Washington DC)
kate.talmor@usdoj.gov

Brendan Michael Tyler
FELDESMAN TUCKER LEIFER FIDELL LLP
btyler@ftlf.com

Christopher D. Wagner
HOOVER HULL TURNER LLP
cwagner@hooverhullturner.com

Diana M. Watral

KIRKLAND & ELLIS LLP - Chicago
diana.watral@kirkland.com