UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **ELI LILLY AND COMPANY**<br>Lilly Corporate Center<br>893 Delaware Street<br>Indianapolis, Indiana 46225<br><br>and<br><br>**LILLY USA, LLC**<br>1500 South Harding Street<br>Indianapolis, Indiana 46221,<br><br>          Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA,**<br>**in his official capacity as Secretary of HHS**<br>Office of the Secretary<br>200 Independence Avenue, SW<br>Washington, D.C. 20201,<br><br>**DANIEL J. BARRY,**<br>**in his official capacity**<br>**as Acting General Counsel of HHS**<br>Office of the General Counsel<br>200 Independence Avenue, SW<br>Washington, D.C. 20201,<br><br>**UNITED STATES DEPARTMENT OF**<br>**HEALTH AND HUMAN SERVICES**<br>200 Independence Avenue, SW<br>Washington, D.C. 20201,<br><br>**DIANA ESPINOSA,**<br>**in her official capacity**<br>**as Acting Administrator of HRSA**<br>5600 Fishers Lane<br>Rockville, Maryland 20852,<br><br>and<br><br>**HEALTH RESOURCES AND SERVICES**<br>**ADMINISTRATION**<br>5600 Fishers Lane<br>Rockville, Maryland 20852,<br><br>          Defendants. | **JOINT NOTICE REGARDING**<br>**INITIAL PRETRIAL**<br>**CONFERENCE**<br><br>No. 1:21-cv-81-SEB-MJD<br><br>*Document Electronically Filed* |

## JOINT NOTICE REGARDING INITIAL PRETRIAL CONFERENCE

By order of June 7, 2021, this Court scheduled an Initial Pretrial Conference for August 19, 2021, and instructed the parties to confer in advance of that conference about scheduling issues and to conduct the conference required by Fed. R. Civ. P. 26(f). ECF No. 113. Following that order, the parties submitted their final, dispositive cross-motions for summary judgment on the administrative record in this case. *See* ECF Nos. 125, 129. On July 30, 2021, Judge Barker held a hearing on those cross-motions and took them under advisement. *See* ECF No. 136. On August 17, 2021, the parties conferred telephonically pursuant to the Court's June 7 order and agreed that, because nothing remains to be done in this case except to await the Court's decision on the pending dispositive cross-motions, (1) no further scheduling deadlines need be set in this case; and (2) neither party intends to serve discovery. For those reasons, and to avoid any inconvenience to the Court, the parties respectfully defer to the Court on whether to proceed with the Initial Pretrial Conference set for August 19, 2021.

Dated: August 18, 2021

Brian D. Netter
DEPUTY ASSISTANT
ATTORNEY GENERAL

Michelle R. Bennett
ASSISTANT BRANCH DIRECTOR

*/s/ Jody D. Lowenstein*
Jody D. Lowenstein
Kate Talmor
Rachael L. Westmoreland
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION,
FEDERAL PROGRAMS BRANCH
1100 L Street, N.W.
Washington, D.C. 20005
(202) 598-9280
jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

*s/ John C. O'Quinn*
John C. O'Quinn, P.C.*
Matthew S. Owen*
Matthew D. Rowen*
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 389-5000
john.oquinn@kirkland.com
matt.owen@kirkland.com
matthew.rowen@kirkland.com

Andrew A. Kassof, P.C.*
Diana M. Watral*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
andrew.kassof@kirkland.com
diana.watral@kirkland.com

* Admitted *pro hac vice*

Andrea Roberts Pierson
Brian J. Paul
Nicholas B. Alford
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
(317) 237-0300
andrea.pierson@faegredrinker.com
brian.paul@faegredrinker.com
nicholas.alford@faegredrinker.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 18, 2021,** a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/s/ John C. O'Quinn*
John C. O'Quinn