UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:21-cv-00081-SEB-MJD |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, et al. ) | |
| ) | |
| Defendants. ) | |

**PARTIAL FINAL JUDGMENT**

The Court, having on this day granted summary judgment in favor of Plaintiffs on Counts III and XII and in favor of Defendants on Counts X, XI, and XIII, finds, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason for delay. Accordingly, partial final judgment is hereby entered in favor of Defendants and against Plaintiffs on Counts X, XI, and XIII and in favor of Plaintiffs and against Defendants on Counts III and XII.  HHS's General Counsel's December 30, 2020 Advisory Opinion and HRSA's May 17, 2021 Enforcement Letter are hereby <u>SET ASIDE</u> and <u>VACATED</u> and HRSA's May 17, 2021 Enforcement Letter is <u>REMANDED</u> to the agency.

Date:  10/29/2021

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

AMERICA'S ESSENTIAL HOSPITALS

Nicholas Blake Alford
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
Nicholas.Alford@faegredrinker.com

Joseph Neal Bowling
LEWIS WAGNER, LLP
nbowling@lewiswagner.com

Andrea Butler
KIRKLAND & ELLIS LLP
andrea.butler@kirkland.com

Ronald S. Connelly
POWERS PYLES SUTTER & VERVILLE, P.C.
ron.connelly@powerslaw.com

Kathryn Elias Cordell
KATZ  KORIN CUNNINGHAM, P.C.
kcordell@kkclegal.com

Dina M. Cox
LEWIS WAGNER, LLP
dcox@lewiswagner.com

Margaret M. Dotzel
ZUCKERMAN SPAEDER LLP
mdotzel@zuckerman.com

Matthew Sidney Freedus
FELDESMAN TUCKER LEIFER FIDELL LLP
mfreedus@ftlf.com

Rosie Dawn Griffin
FELDESMAN TUCKER LEIFER FIDELL LLP
rgriffin@ftlf.com

Casey Trombley-Shapir Jonas
ZUCKERMAN SPAEDER LLP
cjonas@zuckerman.com

Andrew A. Kassof
KIRKLAND & ELLIS LLP - Chicago
akassof@kirkland.com

Jody D. Lowenstein
United States Department of Justice
jody.d.lowenstein@usdoj.gov

Alice McKenzie Morical
HOOVER HULL TURNER LLP
amorical@hooverhullturner.com

John C. O'Quinn
KIRKLAND & ELLIS LLP
john.oquinn@kirkland.com

Matthew S. Owen
KIRKLAND & ELLIS LLP
matt.owen@kirkland.com

Brian J. Paul
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
brian.paul@faegredrinker.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com

Matthew D. Rowen
KIRKLAND & ELLIS LLP
matthew.rowen@kirkland.com

William B. Schultz
ZUCKERMAN SPAEDER LLP
wschultz@zuckerman.com

Kate Talmor
U.S. DEPARTMENT OF JUSTICE (Washington DC)
kate.talmor@usdoj.gov

Brendan Michael Tyler
FELDESMAN TUCKER LEIFER FIDELL LLP
btyler@ftlf.com

Christopher D. Wagner
HOOVER HULL TURNER LLP
cwagner@hooverhullturner.com

Diana M. Watral
KIRKLAND & ELLIS LLP - Chicago
diana.watral@kirkland.com