UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>893 Delaware Street<br>Indianapolis, IN 46225<br><br>and<br><br>LILLY USA, LLC<br>1500 South Harding Street<br>Indianapolis, IN 46221,<br><br>        Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health & Human Services,<br>Office of the Secretary<br>200 Independence Avenue, SW<br>Washington, D.C. 20201,<br><br>DANIEL J. BARRY, in his official capacity as Acting General Counsel of Health & Human Services<br>Office of the General Counsel<br>200 Independence Avenue, SW<br>Washington, D.C. 20201,<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>200 Independence Avenue, SW<br>Washington, D.C. 20201,<br><br>DIANA ESPINOSA, in her official capacity as Acting Administrator of the Health Resources and Services Administration<br>5600 Fishers Lane<br>Rockville, MD 20852,<br><br>and<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, MD 20852,<br><br>        Defendants. | No. 1:21-cv-81-SEB-MJD<br><br>*Document Electronically Filed*<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

## **NOTICE OF APPEAL**

Notice is hereby given that Eli Lilly and Company and Lilly USA, LLC, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Partial Final Judgment (ECF No. 145) entered in this case on October 29, 2021, and from all underlying and related findings, orders, decisions, rulings, and opinions, including but not limited to the Order (ECF No. 144) also entered in this case on October 29, 2021.

Dated:  November 10, 2021

Respectfully submitted,

*s/ John C. O'Quinn*
John C. O'Quinn, P.C.*
Matthew S. Owen*
Matthew D. Rowen*
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 389-5000
john.oquinn@kirkland.com
matt.owen@kirkland.com
matthew.rowen@kirkland.com

Andrew A. Kassof, P.C.*
Diana M. Watral*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
andrew.kassof@kirkland.com
diana.watral@kirkland.com

* Admitted *pro hac vice*

Andrea Roberts Pierson
Brian J. Paul
Nicholas B. Alford
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
(317) 237-0300
andrea.pierson@faegredrinker.com
brian.paul@faegredrinker.com
nicholas.alford@faegredrinker.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on **November 10, 2021,** a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ John C. O'Quinn*
John C. O'Quinn
Attorney for Plaintiffs