UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>893 Delaware Street<br>Indianapolis, IN 46225<br><br>and<br><br>LILLY USA, LLC<br>1500 South Harding Street<br>Indianapolis, IN 46221,<br><br>        Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health & Human Services, Office of the Secretary<br>200 Independence Avenue, SW<br>Washington, D.C. 20201,<br><br>DANIEL J. BARRY, in his official capacity as Acting General Counsel of Health & Human Services<br>Office of the General Counsel<br>200 Independence Avenue, SW<br>Washington, D.C. 20201,<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>200 Independence Avenue, SW<br>Washington, D.C. 20201,<br><br>DIANA ESPINOSA, in her official capacity as Acting Administrator of the Health Resources and Services Administration<br>5600 Fishers Lane<br>Rockville, MD 20852,<br><br>and<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, MD 20852,<br><br>        Defendants. | No. 1:21-cv-81-SEB-MJD<br><br>*Document Electronically Filed*<br><br>**PLAINTIFF-APPELLANTS'<br>DOCKETING STATEMENT** |

# PLAINTIFF-APPELLANTS' DOCKETING STATEMENT

Plaintiffs Eli Lilly and Company and Lilly USA (together, "Lilly") submit their docketing statement by their counsel John C. O'Quinn (counsel of record) pursuant to 7th Cir. Rule 3(c).

1. **District Court Jurisdiction:** The district court had jurisdiction pursuant to 28 U.S.C. § 1331 because the complaint was brought pursuant to 5 U.S.C. §§ 701–706.

2. **Appellate Court Jurisdiction:** This is an appeal from a final judgment, so the court of appeals has jurisdiction pursuant to 28 U.S.C. § 1291. The district court granted in part and denied in part the Plaintiff-Appellants' motion for summary judgment on October 29, 2021. Plaintiff-Appellants filed a timely notice of appeal on November 10, 2021.

3. **Ongoing Proceedings in the District Court:** There are currently no ongoing proceedings in the District Court related to the claims on which final judgment was entered on on which Lilly has taken this appeal. Separate, unrelated claims that are not part of the partial final judgment entered below remain pending before the District Court.

4. **Official Capacity Designations:** Xavier Becerra is sued in his official capacity as Secretary of Health & Human Services. Daniel J. Barry is sued in his official capacity as Acting General Counsel of Health & Human Services. Diana Espinosa is sued in her official capacity as Acting Administrator of the Health Resources and Services Administration.

5. **Related Appellate Proceedings:** There have been no previous related appellate proceedings in this case.

|  |  |
|---|---|
| Dated:  November 10, 2021 | Respectfully submitted, |

                                                       *s/ John C. O'Quinn*
John C. O'Quinn, P.C.
Matthew S. Owen
Matthew D. Rowen
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 389-5000
john.oquinn@kirkland.com
matt.owen@kirkland.com
matthew.rowen@kirkland.com

Andrew A. Kassof, P.C.
Diana M. Watral
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
andrew.kassof@kirkland.com
diana.watral@kirkland.com

Andrea Roberts Pierson
Brian J. Paul
Nicholas B. Alford
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
(317) 237-0300
andrea.pierson@faegredrinker.com
brian.paul@faegredrinker.com
nicholas.alford@faegredrinker.com

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on **November 10, 2021,** a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ John C. O'Quinn*
John C. O'Quinn
Attorney for Plaintiffs-Appellants