# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 15, 2021

**To:**   Roger A. G. Sharpe
          District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 21-3128
>
> Caption:
> ELI LILLY AND COMPANY and LILLY USA, LLC,
>           Plaintiffs - Appellants
>
> v.
>
> XAVIER BECERRA, et al.,
>           Defendants - Appellees
>
> District Court No: 1:21-cv-00081-SEB-MJD
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Sarah Evans Barker
>
> Date NOA filed in District Court: 11/10/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)