UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:21-cv-00081-SEB-MJD |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) ) ) ) |
| Defendants. | ) |

**AMENDED SCHEDULING ORDER (TIME ONLY)**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is currently set for a Telephonic Status Conference on **Monday, June 13, 2022** at 2:30 p.m. The Court, *sua sponte*, hereby changes the time to **4:00 p.m. (Eastern) on that same date**. All other requirements of the Court's Scheduling Order [Dkt. 157] remain in effect.

SO ORDERED.

Dated: 10 JUN 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.