UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br>LILLY USA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>HEALTH RESOURCES AND SERVICES ADMINISTRATION,<br>DIANA ESPINOZA in her official capacity as Acting Administrator of the Health Resources and Services Administration,<br>XAVIER BECERRA, in his official capacity as Secretary of Health & Human Services, Office of the Secretary,<br>DANIEL J. BARRY in his official capacity as Acting General Counsel of Health & Human Services,<br><br>Defendants. | No. 1:21-cv-00081-SEB-MJD |

**ORDER**

In light of the parties' Joint Status Report [Dkt. 168], the pending cross-motions for summary judgment on Plaintiff's ADR claims [Dkts. 87 and 89] are hereby administratively closed until further order of the Court. This administrative closure does not serve to moot or vacate the Court's preliminary injunction nor convert the preliminary injunction into a permanent injunction. The parties may seek to reopen or renew these motions at any point in the future, if appropriate.

IT IS SO ORDERED.

Date: 05/15/2023

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF